# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

APR 1 2022

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
Vs.
**Ecko Doyle**

**CRIMINAL COMPLAINT**

Case Number: C-22-0385M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 31, 2022** (Date) in **Brooks** County, in the Southern District of Texas, defendant, **Ecko Doyle**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**

I further state that I am a(n) **Border Patrol Agent** (Official Title) and that this complaint is based on the following facts:

See Attached Affidavit of U.S. Border Patrol Agent **John L Vanderveen**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Signature of Complainant
**John L Vanderveen**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

April 1, 2022
Date

at  Corpus Christi, Texas
City and State

**Mitchel Neurock U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information related to me by other agents and officers participating in the investigation.

## PROBABLE CAUSE / FACTS:

On March 31, 2022, at approximately, 2:40 p.m. a white colored Lexus ES 350 approached primary inspection at the Border Patrol checkpoint near Falfurrias, Texas. As soon as the vehicle stopped at primary inspection, the driver, later identified as Ecko Doyle, rolled down her window and stated, "US Citizens." The agent working primary inspection then asked Doyle to roll down the rear window as well. Once the rear window was rolled down, the primary agent noticed two individuals in the rear seat. The individual on the passenger side was looking straight ahead and refused to make eye contact with the primary agent. The primary agent then asked this individual where she was from. The individual stated "McAllen." The primary agent then asked her where she was born to which she did not reply. The primary agent then asked the other rear passenger if he was a US citizen to which he stated he was. At this point, the primary agent noticed the front seat passenger, later identified as Rafael Ramirez-Hernandez, was sweating profusely. He then asked Ramirez where he was from to which Ramirez did not give an answer; instead, Doyle answered for him stating Victoria, Texas. The primary agent then asked Ramirez if he spoke English or Spanish, to which Ramirez answered "Spanish". The primary agent then asked Ramirez for his address in the United States in the Spanish language, Ramirez stated he did not know. The primary agent then asked Doyle how she knew Ramirez, to which Doyle stated, "He's my guy." The primary agent then requested identification from all occupants in the vehicle. All were unable to provide any identification. At this point, the primary agent referred the vehicle and its occupants to secondary inspection for further investigation.

In secondary, it was determined Ramirez was a citizen of Mexico illegally present in the United States. It was further determined the backseat passenger on the passenger side of the vehicle was a citizen of El Salvador illegally present in the United States. At this point, Doyle was placed under arrest for alien smuggling. All individuals were advised of their Miranda rights in their preferred language.

## PRINCIPAL STATEMENT: ECKO DOYLE

Doyle stated an individual by the name of Randy Patterson asked her if she wanted to smuggle illegal aliens for $500.00-$600.00. She agreed to do so. She was paid $60.00 for gas ahead of time and was to receive the rest later. She left Victoria, Texas on March 30, 2022, at approximately 8:30 p.m. She stated she was given money by a friend of Patterson's to stay at a motel named the Texas Inn in Mission, Texas. The next morning, she was sent to a location where she believed both illegal aliens would be. However only Ramirez was present. At this time, Patterson directed Doyle to a mall where she was able to pick up the second illegal alien. Doyle stated she used Google Translate to communicate with the illegal aliens. Doyle stated she told them to answer "yes" in English if asked if they were a United States citizen. Doyle was to drop the illegal aliens off at a Whataburger in Richmond, Texas.

## MAT-WIT STATEMENT: RAFAEL RAMIREZ-HERNANDEZ

Ramirez stated he crossed into the United States illegally the day prior to his arrest near Hidalgo, Texas. He stated he crossed alone and then slept on the side of the road. He stated he met the

female driver he was encountered with at an unknown store. The driver then drove to another unknown store and picked up the female passenger he was encountered with. After this, they drove to the checkpoint where they were all arrested. Ramirez stated Doyle did not give him instructions but stated Doyle may have talked to him in English. Ramirez does not speak English.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney's Office who accepted Ecko Doyle for prosecution of 8 USC 1324, Alien Smuggling. Rafael Ramirez-Hernandez will be held as a material witness in this case.

John VanderVeen
Border Patrol Agent

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed.R.Crim.P.4.1,
and probable cause found on April 1, 2022.

Mitchel Neurock
United States Magistrate Judge